**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

*******************************

United States

-v.-

Xinjian Jin

20-MJ-1103
_____
Docket Number

*******************************

SUBMITTED BY: Plaintiff_____ Defendant_____ DOJ __✓__
Name: David K. Kessler
Firm Name: USAO-EDNY
Address: _____

Phone Number: 718-254-7000
E-Mail Address: _____

INDICATE UPON THE PUBLIC DOCKET SHEET: YES _____ NO _____
**If yes, state description of document to be entered on docket sheet:**
_____
_____
_____

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____
_____

**B) If a new application,** the statute, regulation, or other legal basis that
authorizes filing under seal
_____
Complaint _____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE,**
**AND MAY NOT BE UNSEALED UNLESS ORDERED BY**
**THE COURT.**

DATED:  Brooklyn_____, NEW YORK

11/19/20

**U.S. MAGISTRATE JUDGE** _____

RECEIVED IN CLERK'S OFFICE _____

**MANDATORY CERTIFICATION OF SERVICE:**

**A.** _____ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** _____ Service is excused by 31 U.S.C. 3730(b), or by
the following other statute or regulation: _____ ; or **C.)** __✓__ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

11/18/2020
_____
DATE

_____
SIGNATURE