

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS:DKK
F. #2020R00535

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 18, 2020

By ECF

The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Xinjiang Jin
             Docket No. 20-MJ-1103

Dear Judge Bloom:

      The government respectfully moves for an order unsealing this matter, as well as the complaint and arrest warrant (Dkt. Nos. 1 and 2).  The government respectfully requests that Docket Entry 3—the government's November 18, 2020 letter requesting that this matter be sealed—remain sealed for the reasons set forth in that letter.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney

By:    /s/
      David K. Kessler
      Assistant U.S. Attorney
      (718) 254-7202

Enclosure
cc:    Clerk of Court (by ECF)

AAS:DKK
F.# 2020R00535

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

XINJIANG JIN,
  also known as "Julien Jin,"

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~  O R D E R

MJ 20-1103

Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney David K. Kessler, for an order unsealing the this matter and Docket Entries 1 and 2.

WHEREFORE, it is ordered that this matter, and Docket Entries 1 and 2, be unsealed, but Docket Entry 3 remain sealed.

Dated:   Brooklyn, New York
         12/18/20           , 2020

*Lois Bloom*
HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK